427 A.2d 1205

Commonwealth ex rel., Gasiorowski v. Gasiorowski, Appellant.
Reargument Denied June 23, 1980.

Argued September 10, 1979. Anthony B. Quinn, for appellant; John H. Wood, for appellees.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

PRICE, J., filed a memorandum concurring statement.